FILED
CLERK, U.S. DISTRICT COURT

OCT - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )    Case No. 2:25-mj-4290
                                         )
                Plaintiff,               )    ORDER OF PRETRIAL DETENTION
                                         )         AFTER HEARING
        v.                               )    (18 U.S.C. § 3142(i))
                                         )
                                         )
Miguel Montes-Robles,                    )
                Defendant.               )
_____)

I.

A.    ( ) Upon motion of the Government in a case that involves:

        1.    ( ) a crime of violence or an offense listed in
                  18 U.S.C. § 2332b(g)(5)(B), for which a
                  maximum term of imprisonment of ten (10)
                  years or more is prescribed; or

        2.    ( ) an offense for which the maximum sentence is
                  life imprisonment or death; or

        3.    ( ) an offense for which a maximum term of
                  imprisonment of ten (10) years or more is
                  prescribed in the Controlled Substances Act,
                  Controlled Substances Import and Export Act
                  or Maritime Drug Law Enforcement Act; or

        4.    ( ) any felony if defendant has been convicted of
              two or more offenses described in
              subparagraphs 1-3 above, or two or more state
              or local offenses that would have been
              offenses described in subparagraphs 1-3 above
              if a circumstance giving rise to federal
              jurisdiction had existed, or a combination of
              such offenses.

        5.    ( ) any felony that is not otherwise a crime of
              violence that involves a minor victim, or
              possession or use of a firearm or destructive
              device or any other dangerous weapon, or a
              failure to register under 18 U.S.C. § 2250.

B.    Upon motion (✓) of by the Government ( ) of the Court sua
      sponte, in a case that involves:

        1.    (✓) a serious risk that defendant will flee;

        2.    ( ) a serious risk that defendant will

              a.    ( ) obstruct or attempt to obstruct justice;
                    or

              b.    ( ) threaten, injure, or intimidate a
                    prospective witness or juror or attempt
                    to do so.

C.    The Government ( ) is (✓) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

2

II.

A.   ( ✓ )   The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B.   ( ✓ )   The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A.   ( ✓ )   the nature and circumstances of the offense(s) charged;

B.   ( ✓ )   the weight of the evidence against defendant;

C.   ( ✓ )   the history and characteristics of defendant;

D.   ( ✓ )   the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;

E.   ( ✓ )   the Pretrial Services Report/Recommendation;

F.   ( ✓ )   the evidence proffered/presented at the hearing;

G.   ( ✓ )   the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A.    (✓) Defendant poses a risk to the safety of other persons

and the community based on: _criminal history,_

_history of Substance use; active restraining order;_

_mental health history_

_____

B.    (✓) Defendant poses a serious flight risk based on: _____

_unverified background; no bail resources;_

_unstable residence; family ties to Mexico;_

_undocumented status; an alias; multiple name_

_variations; multiple birth dates; Substance use history_

C.    ( ) A serious risk exists that defendant will:

      1.    ( ) obstruct or attempt to obstruct justice;

      2.    ( ) threaten, injure or intimidate a prospective

           witness or juror or attempt to do so;

based on: _____

_____

_____

_____

D.    ( ) Defendant has not rebutted by sufficient evidence to

the contrary the presumption provided in 18 U.S.C.

§ 3142(e) that no condition or combination of

conditions will reasonably assure the safety of any

other person and the community;

and/or

4

1    ( ) Defendant has not rebutted by sufficient evidence to

2        the contrary the presumption provided in 18 U.S.C.

3        § 3142(e) that no condition or combination of

4        conditions will reasonably assure the appearance of

5        defendant as required.

6    IT IS ORDERED that defendant be detained prior to trial.

7    IT IS FURTHER ORDERED that defendant be committed to the custody

8  of the Attorney General for confinement to a corrections facility

9  separate, to the extent practicable, from persons awaiting or serving

10 sentences or persons held in custody pending appeal.

11   IT IS FURTHER ORDERED that defendant be afforded reasonable

12 opportunity for private consultation with defendant's counsel.

13   IT IS FURTHER ORDERED that, on Order of a Court of the United

14 States or on request of an attorney for the Government, the person in

15 charge of the corrections facility in which defendant is confined

16 deliver defendant to a United States Marshal for the purpose of an

17 appearance in connection with a court proceeding.

18   DATED:  _____10/2/2025_____

19

20   _____
     HONORABLE JACQUELINE CHOOLJIAN
21   United States Magistrate Judge

22

23

24

25

26

27

28