## United States District Court
## Central District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.**   CR25-00855-AS |
| **Defendant**   Miguel Angel Montes-Robles | **Social Security No.**  __ __ __ __ |
| akas: | (Last 4 digits) |

**AMENDED**

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 10 | 30 | 2025 |

**COUNSEL**   Gabriela Rivera, DFPD
(Name of Counsel)

**PLEA**   [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**   There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of: Count 1 of the Single Count Information charging him with improper entry by alien, Class B Misdemeanor, in violation of 8 U.S.C. Section 1325(a).

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Defendant **Miguel Angel Montes-Robles** hereby sentenced to **time-served** and ordered released **FORTHWITH**.

It is further ordered that Defendant shall pay to the United States a special assessment fee in the amount of $10.00. All fines are waived as Defendant lacks the ability to pay a fine.

Defendant was advised of his right to appeal.

November 6, 2025
Date

/ s / Sagar
Hon. Alka Sagar, U. S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

SEPTEMBER 23, 2025
Filed Date

By   /s/ A. Felix
Deputy Clerk

| USA vs. | **Miguel Angel Montes-Robles** | Docket No.: | **CR25-00855-AS** |

# RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

Date — Deputy Marshal

# CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

Filed Date — Deputy Clerk